# IN THE SUPREME COURT OF THE STATE OF NEVADA

IDRIENA REENA BANKS,
Appellant,

vs.

STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES,
Respondent.

No. 74537

FILED

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a matter arising in the juvenile court. Eighth Judicial District Court, Family Court Division, Clark County; Frank P. Sullivan, Judge.

Our review of this appeal reveals a jurisdictional defect. Appellant's notice of appeal states that she appeals from an order entered on November 16, 2017. However, the district court's docket sheet does not indicate that any order was entered on that date. To the extent appellant attempts to appeal from the "Out of Home Placement Order-Licensed Foster Home" entered on June 21, 2017, no statue or court rule authorizes an appeal from that order. *See Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013); *In re Temporary Custody of Five Minors*, 105 Nev. 441, 777 P.2d 901 (1989); *cf.* NRAP 3A(b)(7) (allowing an appeal from an order finally establishing or altering the custody of minor children that does

17-43560

not arise in juvenile proceedings). We therefore lack jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.

_____ , J.
Douglas

_____ , J.
Gibbons

_____ , J.
Pickering

cc:     Hon. Frank P. Sullivan, District Judge, Family Court Division
        Idriena Reena Banks
        Clark County District Attorney
        Eighth District Court Clerk